UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MLS-MULTINATIONAL LOGISTIC SERVICES LTD., <br><br> Plaintiff, <br><br> v. <br><br> EDWIN MYHRE, et al., <br><br> Defendants. | Case No. 20-cv-2116 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss First Amended Complaint, ECF 18, is **GRANTED**, and this case is **DISMISSED.**

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 6, 2023

1